IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FIRST-CLASS MONITORING, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 6:17-cv-365-JRG | |
| v. ) | |
| ) | |
| JPMORGAN CHASE & CO. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff First-Class Monitoring, LLC and defendant JPMorgan Chase & Co., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  August 31, 2017              Respectfully submitted,

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis DE SB #4606
Richard C. Weinblatt DE SB #5080 – Lead Counsel
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*First-Class Monitoring, LLC*

*/s/ James M. Meredith*
Jennifer H. Doan TX SB #08809050
J. Randy Roeser TX SB #24089377

Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jdoan@haltomdoan.com
rroeser@haltomdoan.com

James M. Meredith TX SB #13947825
JPMorgan Chase Bank, N.A.
Mail Code TX1-2670; P.O. Box 655415
700 N. Pearl, Suite 1500
Dallas, TX 75265-5415
Telephone:  (214) 965-3850
Facsimile:  (214) 965-4024
james.m.meredith@jpmchase.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt